

01
02
03
04
05
06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 UNITED STATES OF AMERICA,                 **)**
                                             **)**   CASE NO. MJ22-374
09          Plaintiff,                       **)**
                                             **)**
10      v.                                   **)**
                                             **)**   DETENTION ORDER
11 CHELSEY ANN MURPHY,                       **)**
                                             **)**
12          Defendant.                       **)**
   _____ **)**
13

14

Offenses charged:
15
16     1.  Forged Security of a Private Entity

17     2.  Possession of Stolen Mail

18     3.  Possession of Methamphetamine

Date of Detention Hearing:    August 15, 2022.
19
20          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

21 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

22 that no condition or combination of conditions which defendant can meet will reasonably assure

DETENTION ORDER
PAGE -1

01   the appearance of defendant as required and the safety of other persons and the community.

02   <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

03   1.      Defendant has been charged with possession of stolen mail and was appointed

04   counsel in the Eastern District of Washington.   Efforts were made for Defendant to self-

05   surrender in the Eastern District, but Defendant failed to do so.   Defendant was subsequently

06   arrested outside of a hotel room which again contained stolen mail.   Defendant initially gave

07   officers a false name and an identification card in the name of another person in an attempt to

08   avoid the federal arrest warrant.   Defendant has suffered from drug addiction which has been

09   closely linked as the catalyst of alleged offenses.

10   2.      Defendant poses a risk of nonappearance based upon her failure to self-surrender

11   and her efforts to avoid arrest in this matter by providing a false name and identity to law

12   enforcement officers.   Defendant poses a risk of danger to the community based upon the

13   indication that she continued to engage in criminal conduct even after being made aware of the

14   instant charges, as well as her significant addiction to controlled substances.

15   3.      There does not appear to be any condition or combination of conditions that will

16   reasonably assure the defendant's appearance at future Court hearings while addressing the

17   danger to other persons or the community.

18   It is therefore ORDERED:

19   1.   Defendant shall be detained pending appearance in the Eastern District of Washington, and

20        committed to the custody of the Attorney General for confinement in a correction facility;

21   2.   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

22   3.   On order of the United States or on request of an attorney for the Government, the person

DETENTION ORDER
PAGE -2

01     in charge of the corrections facility in which defendant is confined shall deliver the

02     defendant to a United States Marshal for the purpose of an appearance in connection with a

03     court proceeding; and

04   4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

05     the defendant, to the United States Marshal, and to the United State Probation Services

06     Officer.

07       DATED this 15th day of August 2022.

08

09               S. KATE VAUGHAN
                    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3